Gloria MARKS, Plaintiff,

and

Mamie D. HILL, Plaintiff—Appellant,

v.

City of Seattle, a Municipal corporation; et al., Defendants—Appellees.

No. 04–35197.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Mamie D. Hill, Kirkland, WA, pro se.

Roger Hillman, Jennifer D. Bucher, Esq., Garvey Schubert & Barer, Medora A. Marisseau, Esq., Bullivant Houser Bailey, Bruce E.H. Johnson, Esq., Diana C. Tate, Davis Wright & Tremaine, Seattle, WA, for Defendants–Appellees.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

## MEMORANDUM **

Mamie D. Hill appeals pro se the district court's order denying her motion to reconsider the dismissal of her 42 U.S.C. § 1983 action arising out of a workplace dispute. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*Fiester v. Turner,* 783 F.2d 1474 (9th Cir. 1986), and we affirm.

Western District of Washington Local Rule CR7(h) requires motions for reconsideration to be filed within ten judicial days of the order to which it relates. Hill's motion was filed thirteen days after judgment was entered dismissing her section 1983 action. Consequently, the district court did not abuse its discretion in denying her motion for reconsideration as untimely. *See Guam Sasaki Corp. v. Diana's Inc.,* 881 F.2d 713, 715 (9th Cir.1989) (noting this court should accord broad deference to the district court's interpretation of local rules).

Hill's remaining contentions are unpersuasive.

AFFIRMED.